FILED
2005 Feb-07 PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ANA MARIA CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV-04-PT-03331-M |
| | ) |
| MERRILL LYNCH & COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

After consideration of the cases cited by the parties subsequent to the court's earlier Memorandum Opinion, the court concludes that the defendant's Motion to Compel Arbitration and for Stay Pending Arbitration is due to be granted. The court particularly notes the following cases: *Bevere v. Oppenheimer & Co.,* 862 F.Supp. 1243 (D. N.J. 1994); AmSouth *Bank v. Dees*, 847 So.2d 923 (Ala. 2002); *Cook's Pest Control, Inc. v. Boykin,* 807 So.2d 524 (Ala. 2001); *Capitol Chevrolet and Imports, Inc. v. Grantham*, 784 So.2d 285 (Ala. 2000); *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Kirton*, 719 So.2d 201 (Ala. 1998); and *Ex parte Dyess,* 709 So.2d 447 (Ala. 1997).

Within 7 days, the defendant will submit and serve a proposed order. The plaintiff will have 7 days after service to object as to form.

This 7th of February, 2005.

                                     /s/ Robert B. Propst
---
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE